CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2021 AUG 19 PM 4:45

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

__________ Division

4-21CV-985-P

| | |
|---|---|
| see attached<br><br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>see attached<br><br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. __________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kristi Applewhite |
| Address | 750 South Main # 150 |
| City / State / Zip Code | Keller, TX 76248 |
| County | Tarrant |
| Telephone Number | 682-317-0054 |
| E-Mail Address | KrisApple75@protonmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Erin Rosko |
| Job or Title *(if known)* | CPS |
| Address | 951 W. Pipeline Road, Ste 310 |
| City / State / Zip Code | Hurst, TX 76033 |
| County | Tarrant County |
| Telephone Number | (817) 202-2307 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Tarrant County |
| Job or Title *(if known)* | Prosecutor, acting outside scope of her job, not assigned to me |
| Address | 401 W. Belknap St. |
| City / State / Zip Code | Fort Worth, Tx 76196 |
| County | Tarrant County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Tarrant County/Hon. Judge Jerome Hennigan |
| Job or Title *(if known)* | Judge |
| Address | 200 East Weatherford st. 324th Court, 4th floor |
| | Fort Worth (*City*) Tx (*State*) 76196 (*Zip Code*) |
| County | Tarrant |
| Telephone Number | 817-884-1991 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Tarrant County/ Assoc. Judge Beth Poulos |
| Job or Title *(if known)* | Assoc. Judge |
| Address | 200 East Weatherford st. 324th Court, 4th floor |
| | Fort Worth (*City*) Tx (*State*) 76196 (*Zip Code*) |
| County | Tarrant County |
| Telephone Number | 817-884-1991 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Erin Rosko,CPS-conspired with the 324th court, suspect/respondent RA, to place a manufactured child abuse finding, while violating my 14th amendment right clause Troxel v. Glanville. Tx. Pen.Code.Ch. 37 1 1994, Sec. 37.03, 37.02 . 324th Court Judges trespassed against the law, war against the Constitution, abuse of descretion, Rule 2.11(A)(6) (a). Malicious prosecution by violating guaranteed due process protections in quasi criminal act. Repeated denial of relief, no transcripts, no motions allow

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All actors conspired in what appears to be a pre rigged outcome. Every hearing and every act was in violation of due process. Police involvement to cover up the crimes that would have provided relief show massive intentional abuse of my Constitutional protections while fabricating mental health records on me to cover their corrupt abuse of their authority .( please see attached addenum under 'damaged". )

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Tarrant County, State of Texas, City of Fort Worth

B. What date and approximate time did the events giving rise to your claim(s) occur?
I discovered the crimes on November 23,2015, when my son was at Dad's during Thanksgiving. Emails from Constance Mims, the current attorney I hired, was coming through Richard Applewhite's ipad. He had hacked my email and was getting all our emails. I set out to erase my son's phones, but Richard changed my icloud password so I could not access my own account. Rule 11 on record proves phones in his possesson. FWPD detectives were sabotaged by their own forensics and outside actors.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I claim the Plaintiffs civil rights are all protected under the 14th Amendment and 5th Amendment. Richard Applewhite told witnesses he had to "stop me ' because he had committed mass IRS fraud I discovered when I decided to use the CPA he had always used for our taxes. I found my name forged with his niece Megan Golden signing them as me. He claimed thousands of fraud deductions. He forged my name via Megan. He would have me sign a return, claiming we owed money, then draw up a new return. Several accounts are in my name since we have divorced, and I believe my private investigator was dissuaded from telling me what they were. All with Rick Applewhte. He got internet service in my home bought after our divorce and He registered his cars in my name and his at my address thought he lived out of state. Richard also committed massive bankruptcy fraud and I turned him in, but he intercepted the emails. He wants me to be in prison, so he decided to use his Dad's law enforcement position. I have private investigators , other law enforcement witnesses, the actual devices and hard drives of the massive crimes, and forensics. The Court and police aided in this crime, as well as all listed defendants Richard colluded with personal friend Erin Rosko CPS for the false child abuse

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have lost everything. My sons have been ripped from me through hearings held outside hearing days and outside my prescense. Richard has shown Erin Rosko's false manufactured child abuse record to teachers, doctors, my neighbors, family, friends, my job, and anyone who tried to help me got a visit from his Dad, who would use his badge and his 'authority' to pretend it was true. I have not seen my son Dylan in 5 years, and I missed his entire high school. No legal order prevents this. The courts and FWPD allowed me to miss his life. My son Aidan has been ripped from me for 2 years. I was the sole custodian of my sons after our 2007 divorce. Richard deserted them in 2007 and came back in 2014, only when his fiance dumped him. I had to agree to his visitiation, so I lost 12 days a month and he gained 12 days. My sons had all kinds of duress, and if police and courts checked, there were no issues while Richard Applewhite was gone for 7 years. I spent my entire savings, 401K fighting a battle I was rigged to lose from the start by attorneys who are documented on records intentionally harming me, while charging me almost 100K in fees. The courts always ruled for me, in the 3 prior cases, but when Mark Cochran became his lawyer my life was destroyed. He was the supervising attorney for Judge Beth Poulos and all her actions are to harm me, violate my rights, violate my 14th Amendment protections and trespass against the law. At no time did I get to have a witness testify and all actions against me done outside any court of law. I appear to be blacklisted from a professional career. I won multiple national awards in pharmaceutical sales. I have not been able to get even one interview, so I believe the false child abuse claims and false mental health records are on a list employers and background companies can view. I am still held to 1800 a month child support and my income has been less than 20k for the past 3 years. I am denied any relief to contest it. The 324th court will not even let me file a motion, as they do not want it on record they deny so they

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. The 3 listed judges are immune from suit, UNLESS they abandoned judicial duties and committed violation of my rights outside scheduled hearings. They did this. . The temporary order on 8-24-16 was conducted with no hearing, nor was a judge present. All subject matterj jurisdiction was lost. judge Hennigan forced me out of the court renders all actions after that void. I lost my guaranteed due process guarantee with a quasi criminalc contempt case when I was denied to present my case. $500 Judgement made with no required purge order and I was represented against my will in a hearing that requried due process. I am denied to date to file rellief of any kind and I am denied transcripts.These void orders were null at inception and have no enforceable value. These acts suggest the judges do not have sovereign immunity, nor do their court reporters. If this court decides they do, I ask for a permanent injunction for these judges from violating my rights and I demand they allow remedy in their court immediately. I ask for the court reporters to have injunction from violating my rights and immediately get the court transcripts ready per the law.No qualified immunity for law enforcment for intentionally violating my rights, CPS committing fraud.that fake child abuse report has ruined my life. City of Fort Worth should pay max amount the city allows. FWPD conducted amend. IV violations regularly.Order false records from CJIS removed. Tarrant County pay the maximum for their CPS worker fabricating an investigation that did not exist.. The court pay damages via Tarrant County Child support adjjustment Cindy Ince denied via fraud paid back! . All lawyers should repay their fees for conspiracy. Richard Applewhite should have permanent injunction from hacking me, from keeping minor son ACA in contempt,and from future litigation. PPC/and Jennifer Olson, Mark Cochran, punitive. Bob Widner should paydamages for his remote access of my ipad & for punitve. Punitive damages at max level for this loss of my sons and Deprivation of Rights under Color of law

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-19-2021

Signature of Plaintiff [signature]

Printed Name of Plaintiff Kristi Applewhite

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

______________ ______________ ______________
*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________

**Violations continued.**

1. AJ Poulos allowed Mark Cochran to file false emergency modification of a perjured affidavit. I was then denied my right to respond to false allegations. Instead AJ Poulos met with a recused Parent Facilitator, and CPS worker Erin Rosko, who is personal friends with respondent in her chambers in secret to place false records fabricated by both officers of the court to find me the "losing party". She allowed her ex supervising attorney Mark Cochran to write a temporary order 8-24-16, to switch custody and order child support from me. AJ Poulos was absent from this meeting, and it was conducted without my knowledge or consent. My signature is not on this temporary order. AJ Poulos violated her oath, acted outside her judicial duty and signed the 'order" in gross violation of due process the next day, 3 hours before my scheduled hearing.By law loses all subject matter jurisdiction by this act.
2. Hon. Judge Jerome Hennigan allowed both attorneys on the case to miss all deadlines of the mandatory pre-trial orders for discovery, exhibits, and witness lists. I was denied discovery by the respondent. In trial the judge trespassed against the law and sent me from the court during testimony to get bank records my attorney had on our desk. Once I was removed from the courtroom, the respondent took the stand to record false testimony. Evidence was placed on records outside my view and this evidence is not accompanied by any testimony in the trial.Witnesses to this war against the Constitution, blatant violation of my rights, clear willful fraud to fabricate a "case" to switch custody and order me high support.
3. Court reporter Jennifer Hunter has denied all requests for a transcript. This court does not want me to obtain the false evidence and testimony they placed on record to find the judgement against me. This court has denied all motions to modify, and any motion I file independently to vacate the void order is denied. A judgement that is obtained absent due process is null and has no enforceable effect. I am denied all access to justice while financially destroyed.
4. All officers of the court and most listed defendants have taken part in willful removal of my sons, in violation of my 14th Amendment rights to care for and have custody of my sons via Troxel v. Glanville. This court, along with the FWPD has allowed the respondent to secret my sons for 2 years, despite no court order to do so. These judges acted outside their judicial capacity, and Sovereign immunity should not apply. They acted outside the courtroom and they allowed attorneys to write orders then sign as if a hearing took place
5. . Title IV D Court judge, Casey Conine who has no jurisdiction due to underlying void order, maliciously found me in contempt in May 2018. I had been laid off the prior month, and he ruled I intentionally" refused to find a job. Malicious prosecution in an attempt to jail me for 6 months.I got a writ of garnishment without my notice, and this judge has allowed his 'judgement' of $500 stand,due process violation of not providing the purge order. This judge trespassed against the law by forcing me to be represented by an attorney who was committing fraud upon the court.This court did not want me to place evidence on record or question the respondent. **Official Capacity- Trespasser of the law,** Malicious Prosecution- bound to give all due process protections afforded in quasi-criminal proceedings- intentional violation of the law. He wrote a purge order 3

months later, which voids his 'judgement'.I must have it in 10 days, no order,no proof of service. Void underlying order I am denied any remedy to file. He allowed an attorney to represent me against my will 10-5-18.

6. 7. Court reporter Serena Davis, who recorded the gross violations of due process quasi criminal proceedings required, has also denied every request of a transcript of this court's fraud. I am held to a judgement in violation of all due process protections required for it to be enforceable, yet denied any remedy. Officer of the Court, violating her oath and state laws Code of Ethics Rule 4, Government Code 52.046 (4)-
7. 3. **FWPD-** Pen.code 37, falsified document to prevent referral to prosecution, claimed forensic evidence yielded no crime.FWPD never did forensics and suppressed forensics independently conducted.Obstruction of justice, tampering with evidence, Illegal surveillance of US citizens, Amendment IV. Violation of my Hippa rights, Placement In CJIS to block redress, blacklist employment. Allowed me to be subject to massive crime/false 911 calls, gross invasion of privacy. FWPD had absolute proof of felony crimes which will be entered in as evidence for this trial. **Official Capacity- Police Chief for the investigation/surveillance was Joel Fitzgerald, now Waterloo, IA PoliceChief.**
8. 4. Richard Applewhite worked in concert with the officers of the court, FWPD, his father, who worked for a private security company as a LEO to evade prosecution, take part in law enforcement surveillance, and use law enforcement equipment in mass violation of many laws. My router was connected to his router for 5 years, and Richard was allowed to place a book of crimes of which he had full control of my devices. He made emails, texts, facebook posts all from "me". Not authenticated, and put on record outside any due process hearing. Richard had internet service in his name at my home. We had been divorced 8 years and he never lived in this home. Detectives buried every felony I gave them. Not only is Richard a career fraudster, who has IRS fraud, Bankruptcy fraud, that he successfully blocked by intercepting my emails to them, but he has willfully kept my son Aidan from me for 2 years. I am not allowed by the court to enforce visitation despite no order to stop visitation. Rick is interfering with custody, also allowed by FWPD. **Private person, Major conspirator with CPS Erin Rosko, FWPD, Ronnie Applewhite Sr.**
9. . Mark Cochran, attorney- he has conspired with FWPD, the court, and Erin Rosko CPS to get a false child abuse record on me to put on record, Carol Mapp, with no testimony in any court at any time. I have requested her 'report' from CPS. Mark worked in concert with most defendants on this list to violate my rights as an "officer of the court". He is longtime friends with Gabrielle Schmidt, and she helped him sabotage me while pretending to be an officer of the law. **Private person/Officer of the Court/ Major conspirator to violate my rights** with his former mentee, AJ Poulos
10. Cindy Ince- Domestic Relations. Ms. Ince is required to be at all hearings involving child support/custody in Tarrant County. She did not attend a single hearing of our entire case. I have all the original signed docs, minus her signature. . She met Attorney Mark Cochran 10-7-15 to get his clients 120K tax return and bank statements. She denied an

adjustment which required a $100 increase in monthly income. She had documents showing an increase of almost 6K in income. supp. **State actor/official capacity**

11. . Amy Candler: . Attended an off record motion to confer on June 9, 2017. Her notes were falsified, as she was a hostile witness. There is NO record of this “motion to confer” on any court record. I was not invited, and I have zero record of notice. I found out from my son who told me he had to go meet with the judge with Dad **state actor in official capacity**
12. . Carol Mapp.- parent facilitator- was assigned to her known ally and friend Mark Cochran. Carol at no time interviewed a single party on this case. She never met my sons. She was rescued in Jan 2016 due to illegal ex parte meetings with Mark Cochran. She met with AJ Poulos in Aug 2016, in secret chambers to testify to false records on me, to give cause to switch custody in the same meeting with a CPS worker. **Official capacity- Isw- in officer of the court**
13. City of Fort Worth- in addition to the FWPD Deprivation of Rights, the city attorney violated Texas Open Records laws to prevent me from getting critical information regarding collusion and sabotage by my own attorneys and FWPD/the DA office prosecutor Gabrielle Scmidt.**Official Capacity-** Mark Kravotil repeatedly illegally withholds Texas Open Records.
14. Allegiant Forensics Chuck Eastom and Dennis Ozment. They obstructed justice by taking my $3600 I paid to get justice in this massive violation of rights, and felony crimes that have been committed against me. They shall be compelled to provide the content of my devices, of crimes against me and my sons. They gave this evidence to FWPD with full knowledge it was a violation of my rights, so they aided in massive damage I suffered. **Official capacity**
15. Ronnie Applewhite, Sr. My ex father in law is a retired police officer. He was reported as working at a private security firm that partners with the fusion center/FBI/CIA/police/FWPD. FISA level equipment was placed in my home minus a judge's warrant that would be required in a FISA court, with a corroborated Woods file dating back to 2010 per forensics reports.Official capacity. **Colluded with law enforcement, and Mark Cochran to violate my rights.**
16. Attorney Dennis Saumier- He intentionally caused me harm and there are so many I will detail in affidavits. He conspired with the court to jail his own client. Represented me against my will on October 5 2018. Court reporters are blocking access to this transcript. **Private person working in concert with state actors**
17. Attorney Constance Mims: She is documented in open records intentionally sabotaging a police investigation while taking 16k in attorneys fees. Fraud on the court**. Private person in concert with state actors/officer of the court**

18. **Bob Widner,** my trial attorney, conspired at the highest level to harm me and my sons. His fraud and willful obstruction in trial and after is on record. He committed felonies against me which will be detailed in affidavits.Bob has committed felony crimes with government witnesses. He is on the court transcript the 324th court denies me in violation of due process. Bob wrote a letter to the court that I am a danger to my sons, referring to a false 911 call by Richard Applewhite. He told the court I personally told him I wanted to kill myself twice. The letter is dated after a cease and desist letter I sent him demanding he quit masquerading as my attorney. **Private person/in concert with state actors**

19. Attorney Jessica Janicek. She is in open records intentionally sabotaging my criminal case. She met ex parte with Mark Cochran to assist in the temporary order 8-24-16 to harm me and deny me my right to respond to false testimony in a perjured emergency hearing. She signed the orders on 8/24/16 to give my kids away and it was NOT an agreed meeting, I did NOT sign. I was not present, nor was the judge. The judge signed the "agreed orders" the next day. **Private party/officer of the court -conspire with state actor**
20. Sergeant Vincent Rumsey, FWPD. Sergeant Rumsey learned in June 2017 that his own investigator fabricated a report to obstruct justice, and aid and abet a criminal, fully knowing illegal fisa level surveillance was being conducted on me by my own father in law and his co workers. The City of FW is liable for breaking their oaths as peace officers. FWPD chooses what parents they go after for interference with custody. Conspiracy with a doctor to fabricate medical records, sending MHMR reps to my home, who were documenting me "manic' etc, even though I was not even home. **Official Capacity**
21. FWPD Troy Lawrence- He sabotaged my case, demanded my content of my devices of which he had NO RIGHT to take. I paid a professional team to help me stop this evil and as a victim and not suspect in any crime, Troy Lawrence needs to answer for this and be compelled to hand over this content. He falsified reports to the DA to ensure no prosecution. He also sabotaged the investigation, leading my detectives off my case. **Official Capacity**
22. Attorney Lyndsay Newell:. There was a cps referral 2 days before the case. Richard Applewhite was referred by a hospital for abuse of my son. Took part in the CPS false investigation against her own client. FRAUD on COURT., and mass violation of rights in concert with all state actors listed. ***Private individual/officer of the court working with state actors***
23. . Gabrielle Schmidt: She worked with Mark Cochran, her long time friend while pretending to be working a case for me. She was giving him all my evidence while sabotaging my investigation. I learned in June 2017 she had been working against me when Sargeant Rumsey informed me that they were not working with Da office and had not since Sept 2016. She abused her position as ADA and caused extreme harm, willful abuse as an enforcer of the law.**Official Capacity**

24. . Jennifer Olson, PPC- activists/court watchers. Jennifer and her fellow activists were part of a fake activist group that would "aid" victims of these rights violations. Jennifer was working with rogue FWPD officers who would come to my home and document suicidal calls, though I was not even home. She was getting my evidence to give to Mark Cochran. Jennifer had a PPC with a large amount of donations and they did nothing to aid victims. 2 of her court watchers were at my trial. They witnessed Judge Hennigan force me out of the court so they could put the false CPS report and other false evidence. She also filed a fraud police report on me after I sent a cease and desist which she did receive and sign for . Their PPC hid their 'donations' for the work to harm victims like me. **Official Capacity- PI Investigator.**

25. Joshua Chick- Joshua is a cyber/IT expert who weekly took my son's iphone from him and plugged it into his computer and ran software. This iphone was connected to MY ICLOUD which was why the FWPD case was filed. Joshua Chick had a paid LOGMEIN himachi account found on my son's laptops. That gave Joshua Chick full remote access to their PC's, and could view us live via my son's webcams. I have never met Joshua Chick and I never gave approval for him to view me and my son's life, while adding Richard Applewhite to his account. He was a listed suspect. Detectives were told he was downloading my phone weekly. Troy Lawrence of FWPD ensured he was never interviewed. He worked with Ronnie Applewhite SR. law enforcement **Private person in concert with state actor**

.

US District Court Injunction
ProSe
Attachments

Kristi Applewhite

**Plaintiff List**
Kristi Applewhite
Dylan Parker Applewhite
ACA, minor son

**Defendant List**

Richard Applewhite
5423 Bryce Canyon Ct.
Fort Worth, TX 76137

City of Fort Worth
200 Texas St. , Fort Worth, TX 76196

Tarrant County
100 E. Weatherford St. Fort Worth, TX 76196

Tarrant County Family Law Center
Court Reporter Serena Davis
200 E. Weatherford St. Court # 1/Title IV D
Fort Worth, TX 76196

Tarrant County Family Law Center
Court Reporter Jennifer Hunter
200 E. Weatherford St., 324th Court
Fort Worth, TX 76196

Lyndsay Newell
Newell Family Law
1201 E. Belknap St., Fort Worth, TX 76102

Mark Cochran
101 W. Randol Mill Rd. Ste 110
Arlington TX 76011

Amy Candler
Family Court Services
200 E. Weatherford St. #2
Fort Worth, TX 76196

Carol Mapp
6208 West Poly Webb Road
Arlington, TX 76016

Constance Mims
Beal Law Firm
2920 W. Southlake Blvd. Ste 140
Southlake, TX 76092

Dennis Saumier
Saumier Law Firm
3300 Oak Lawn Ave
Unit. 700
Dallas, TX 75219

Ronald Applewhite Sr.
Unsure- (972) 351-6583
215 Cedar Crest Dr.
Justin, TX 76247
ronnancy32@yahoo.com

Cindy Ince
Domestic Relations
200 E. Weatherford St.
Fort Worth, TX 76196

Jessica Janicek
Koon Fuller Law Firm
550 Reserve St. #450
Southlake, TX 76092

Robert S. Widner
Widner Family Law
5 Cowboys Way, Ste. 300
Frisco, TX 75034

Chuck Eastom
Allegiant Investigations
2340 E. Trinity Mills Rd. # 300
Carollton, TX 75006

Dennis Ozment

Allegiant Investigations
2340 E. Trinity Mills Rd. # 300
Carrollton, TX 75006

Fort Worth Police Department
505 West Felix St.
Fort Worth, TX 76115

Sargeant Vincent Rumsey
2500 N. Houston Street
Fort Worth, TX 76164

Officer/Head of Forensics FWPD- Troy Lawrence
505 West Felix st.
Fort Worth, TX 76115

Jennifer Olson
Protective Parent Coalition
340 Inverness Dr.
Roanoake, TX 76262
(817) 564-1931

Joshua Chick
Rochester Drive
Keller, Tx 76248

US District Court Injunction
ProSe
Attachments

Kristi Applewhite

**Plaintiff List**
Kristi Applewhite
Dylan Parker Applewhite
ACA, minor son

**Defendant List**

Richard Applewhite
5423 Bryce Canyon Ct.
Fort Worth, TX 76137

City of Fort Worth
200 Texas St. , Fort Worth, TX 76196

Tarrant County
100 E. Weatherford St. Fort Worth, TX 76196

Tarrant County Family Law Center
Court Reporter Serena Davis
200 E. Weatherford St. Court # 1/Title IV D
Fort Worth, TX 76196

Tarrant County Family Law Center
Court Reporter Jennifer Hunter
200 E. Weatherford St., 324th Court
Fort Worth, TX 76196

Lyndsay Newell
Newell Family Law
1201 E. Belknap St., Fort Worth, TX 76102

Mark Cochran
101 W. Randol Mill Rd. Ste 110
Arlington TX 76011

Amy Candler
Family Court Services
200 E. Weatherford St. #2
Fort Worth, TX 76196

Carol Mapp
6208 West Poly Webb Road
Arlington, TX 76016

Constance Mims
Beal Law Firm
2920 W. Southlake Blvd. Ste 140
Southlake, TX 76092

Dennis Saumier
Saumier Law Firm
3300 Oak Lawn Ave
Unit. 700
Dallas, TX 75219

Ronald Applewhite Sr.
Unsure- (972) 351-6583
215 Cedar Crest Dr.
Justin, TX 76247
ronnancy32@yahoo.com

Cindy Ince
Domestic Relations
200 E. Weatherford St.
Fort Worth, TX 76196

Jessica Janicek
Koon Fuller Law Firm
550 Reserve St. #450
Southlake, TX 76092

Robert S. Widner
Widner Family Law
5 Cowboys Way, Ste. 300
Frisco, TX 75034

Chuck Eastom
Allegiant Investigations
2340 E. Trinity Mills Rd. # 300
Carollton, TX 75006

Dennis Ozment

Allegiant Investigations
2340 E. Trinity Mills Rd. # 300
Carrollton, TX 75006

Fort Worth Police Department
505 West Felix St.
Fort Worth, TX 76115

Sargeant Vincent Rumsey
2500 N. Houston Street
Fort Worth, TX 76164

Officer/Head of Forensics FWPD- Troy Lawrence
505 West Felix st.
Fort Worth, TX 76115

Jennifer Olson
Protective Parent Coalition
340 Inverness Dr.
Roanoake, TX 76262
(817) 564-1931

Joshua Chick
Rochester Drive
Keller, Tx 76248

Dr. Anila Khan
Springwood Behavioral Center
493 Westpark Way
Euless, TX 76040

Criminal District Attorney
Sharen Wilson
401 W. Belknap
Fort Worth, TX 76196
(817) 884-1400

Jennifer Olson
Protective Parent Coalition
340 Inverness Dr.
Roanoake, TX 76262
(817) 564-1931

Deborah Logsdon
Protective Parent Coalition
527 Buffalo Drive
Arlignton, TX 76013

Donna Tribunella
Protective Parent Coalition
1207 Hidden Glade Road
Mansfield, TX 76063

Additional cases:

1. Title IV D Case: 0013448632

2. Office of Government services- Case # 1443547

This is mediation as last step before federal court action. There is a file in my name in regards to FWPD surveillance and this mediation is into regards to that file.

US District Court Injunction
ProSe
Attachments

Kristi Applewhite

**Plaintiff List**
Kristi Applewhite
Dylan Parker Applewhite
ACA, minor son

**Defendant List**

Richard Applewhite
5423 Bryce Canyon Ct.
Fort Worth, TX 76137

Brandi Applewhite
5423 Bryce Canyon Ct.
Fort Worth, TX 76137

State of Texas
1019 Brazos Street
Austin, TX 78701

City of Fort Worth
200 Texas St. , Fort Worth, TX 76196

Tarrant County
100 E. Weatherford St. Fort Worth, TX 76196

Tarrant County Family Law Center
Court Reporter Serena Davis
200 E. Weatherford St. Court # 1/Title IV D
Fort Worth, TX 76196

Tarrant County Family Law Center
Court Reporter Jennifer Hunter
200 E. Weatherford St., 324th Court
Fort Worth, TX 76196

Lyndsay Newell
Newell Family Law
1201 E. Belknap St., Fort Worth, TX 76102

Mark Cochran
101 W. Randol Mill Rd. Ste 110
Arlington TX 76011

Amy Candler
Family Court Services
200 E. Weatherford St. #2
Fort Worth, TX 76196

Carol Mapp
6208 West Poly Webb Road
Arlington, TX 76016

Constance Mims
Beal Law Firm
2920 W. Southlake Blvd. Ste 140
Southlake, TX 76092

Dennis Saumier
Saumier Law Firm
3300 Oak Lawn Ave
Unit. 700
Dallas, TX 75219

Ronald Applewhite Sr.
Unsure- (972) 351-6583
215 Cedar Crest Dr.
Justin, TX 76247
ronnancy32@yahoo.com

Cindy Ince
Domestic Relations
200 E. Weatherford St.
Fort Worth, TX 76196

Erin Rosko
Child Protective Services
951 W. Pipeline Road, Ste. 310
Hurst, TX 76053
or/ 4500 Angus Dr.
Fort Worth, TX 76116
(817)202-2307

Jessica Janicek
Koon Fuller Law Firm
550 Reserve St. #450
Southlake, TX 76092

Wendy Hackler (Hart)
Law office of Wendy Hart
2363 US 287 Frontage Rd. # 108
Mansfield, TX 76063

Robert S. Widner
Widner Family Law
5 Cowboys Way, Ste. 300
Frisco, TX 75034

Chuck Eastom
Allegiant Investigations
2340 E. Trinity Mills Rd. # 300
Carollton, TX 75006

Dennis Ozment
Allegiant Investigations
2340 E. Trinity Mills Rd. # 300
Carrollton, TX 75006

William Patterson
Patterson & Patterson Investigations
835 E. Lamar Blvd. # 301
Arlington, TX 76011

Texas Department of Family & Protective Services
701 W. 51st. St.
Austin TX 78751

Tom Wilder
Tarrant County District Clerk
200 E. Weatherford, TX 76196

Fort Worth Police Department
505 West Felix St.
Fort Worth, TX 76115

Sargeant Vincent Rumsey
2500 N. Houston Street
Fort Worth, TX 76164

Det. Bernie McHorse
2500 N. Houston St.

Fort Worth, TX 76164

Det. Tyler Glapa
2500 N. Houston St.
Fort Worth, TX 76164

Officer/Head of Forensics FWPD- Troy Lawrence
505 West Felix st.
Fort Worth, TX 76115

Officer Landon Rollins
505 West Felix ST.
Fort Worth, TX 76115

Gabrielle Schmidt
Asst. District Attorney, Intake
401 W. Belknap
Fort Worth TX 76196

Greg Willis
District Attorney Investigator
401 W. Belknap
Fort Worth, TX 76196

Officer Nelson (first name UK)
2500 N. Houston St.
Fort Worth, TX 76164

Dr. Gina Galloway, PHD, LPC
8821 Davis Blvd. Ste 300
Keller, TX 76248

Mind Above Matter
4232 Heritage Trace Pkwy.
Keller, TX 76244

Mesa Springs Hospital
5560 Mesa Springs Drive
Fort Worth, T%X 76123

Dr. Kishore Sunkara
(on behalf of Sundance hospital)
669 Airport Freeway, # 401
Hurst, TX 76053

Dr. Talat Tayyaba
3417 Spectrum Blvd. # 200
Richardson, TX 75082

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

## Instructions to a Non-Prisoner *Pro Se* Plaintiff

Your suit ______________________________ was filed on ____________ and has been assigned case number __________________.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

- After you have filed your complaint, unless you are excused for cause or the presiding judge directs otherwise, you must:
  - register as an Electronic Case Files (ECF) user within 14 days (you may register online via our website at www.txnd.uscourts.gov), and
  - file any pleading, motion, or other paper electronically. (Electronic filing is not permitted in a case assigned to the docket of U.S. District Judge John H. McBryde.)
- You must submit a judge's copy (a paper copy) of any document you file, even if you filed the original electronically.
  - If you electronically file a document, follow the procedures set forth in the ECF Administrative Procedures Manual to provide the judge with the judge's copy.
  - If you file a document on paper and want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.
- You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. If you are an ECF user, follow the procedures in the ECF Administrative Procedures Manual to update your address. If you are not an ECF user, promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Federal Rules of Civil Procedure (FRCP), this court's Local Civil Rules, and the orders entered by a judge in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint in compliance with FRCP 4, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is *pro se*) as required by FRCP 5. If you and the opposing side are both ECF users, the ECF system will complete service for you, and a Certificate of Service is not required. If either of you is not an ECF user, or if you learn that service sent through ECF did not reach the person, you must serve the document by other means and include a Certificate of Service or file one within a reasonable time after service. Sample language for a Certificate of Service is:

- On (Date) I filed (the "foregoing document" or Document Name) with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

  Signature ____________________

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - The court's website at www.txnd.uscourts.gov provides valuable information. Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

Additional cases:

1. Title IV D Case: 0013448632
2. Office of Government services- Case # 1443547 ADMIN Appeal

This is mediation as last step before federal court action. There is a file in my name in regards to FWPD surveillance and this mediation is into regards to that file.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Krish Applewhite, et al

**DEFENDANTS** Tarrant County, TX et al

(b) County of Residence of First Listed Plaintiff Tarrant County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: article 42 1983 Deprivation of Rights under Color of Law

Brief description of cause: all parties have violated my rights to due process

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE Judge Hannigan DOCKET NUMBER 411361-06

DATE 8-19-21 SIGNATURE OF ATTORNEY OF RECORD Pro Se Krish Applewhite

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______