IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KRISTI RUTH APPLEWHITE et al., § § **Plaintiffs,** § § v. § Civil Action No. 4:21-cv-00985-P § § TROY LAWRENCE et al., § § **Defendants.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that the claims of Plaintiffs Dylan Parker Applewhite and ACA, whether asserted directly or on their behalf, are **DISMISSED without prejudice**.

**SO ORDERED** on this **8th day of October, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Kristi Applewhite did file a Motion (ECF No. 14) "ask[ing] th[e] [C]ourt to grant a non-suit without prejudice for Dylan Parker Applewhite[] and ACA." However, even under a liberal construction, the Court could not interpret this Motion as an objection.